UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUES CHELDER, WILLIAMS PETION, SMITH GANTHIER, ANGIE LAZARD, JEAN MARY JEAN MISERE, MARGARETTE DOMINIQUE, ERNST PAUL, PHUCIEN BAPTISTE and GARRY SYLVAIN, on behalf of themselves and similarly situated members of the Seventh Day Adventist Church and Investors of Eminifx, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL CONFERENCE CORPORATION, NORTHEASTERN CONFERENCE, TEXAS CONFERENCE, NORTH AMERICAN DIVISION, SOUTHERN NEW ENGLAND CONFERENCE, ALLEGHENY EAST CONFERENCE, FLORIDA CONFERENCE, SOUTHEASTERN CONFERENCE, THEORDORE NORMAN CLAIR WILSON, CEO of the Seventh-Day Adventist Church, FRANTZ D'HAITI, SMITH OLIVIER YVELANDE D'HAITI, JOHN EDVARD MAISONNEUVE, PHILIP MONPREMIER, WILLIAM JEAN CHARLES, AGUY CALERBE, ESTEB PIERRE, MOISE BERTRESSE, JEAN PARISIEN, JOSEPH DORIVAL, JEAN CLAUDE LOUIS JEUNE, FREDO IGNACE, CARL BEHRMAN, PAUL DONALD, SOPHIA MAISONNEUVE, KELNY HYPOLITE, EDDY ALEXANDRE, VIRGO BELIZAIRE, LEE MAYORS MEZIL, WILNICK PRINCIVIL, RACHELLE O. PRINCIVIL, CLARELLE DIEUVEUIL a/k/a Marie Dieuveuil a/k/a Clarelle Alexandre, and EMILE DUVIVIER, <br><br> Defendants. | No. 25-cv-4313 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

      The Court has referred this matter to Magistrate Judge Willis for general pretrial and any class certification motions. *See* Dkt. No. 121. The proposed protective order and all other pretrial matters shall thus be addressed to her, and the initial conference scheduled for August 15, 2025 is adjourned.

SO ORDERED.

Dated:    August 6, 2025
              New York, New York

                                        Ronnie Abrams
                                        United States District Judge