**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JACQUES CHELDER, *et al.*,

                              Plaintiffs,                    **ORDER**

              -against-                                      **25-CV-4313 (RA) (JW)**

GENERAL CONFERENCE
CORPORATION, *et al.*,

                              Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is in receipt of Plaintiff's motion for protective order.  <u>See</u> Dkt. Nos. 118, 128.  The Court will hear the parties on this pending motion at the Initial Case Management Telephone Conference on **October 6, 2025, at 11:00 AM**.  Counsel is directed to call the court's telephone conference line at the scheduled time.  **Please dial +1 646-453-4442 and enter passcode 669556269#.**

       SO ORDERED.

DATED:    New York, New York
                September 8, 2025

                                                                 JENNIFER E. WILLIS
                                                                 United States Magistrate Judge