**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JACQUES CHELDER, *et al.*,

                                Plaintiffs,                      **ORDER**

             -against-                                   **25-CV-4313 (RA) (JW)**

GENERAL CONFERENCE
CORPORATION, *et al.*,

                                Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is in receipt of the parties' joint request at Dkt. No. 143 for a 60-day stay on discovery. Good cause having been shown, the Court **GRANTS** this request. In light of the stay, the Court finds Plaintiffs' motion for a protective order at Dkt. No. 128 premature and therefore **DENIES** the motion without prejudice.

       Lastly, the Court adjourns *sine die* the Initial Case Management Conference currently scheduled for October 6, 2025, at 11:00 AM. The Conference will be rescheduled once the parties begin discovery.

       **The Clerk of Court is respectfully requested to close Dkt. Nos. 118, 128, and 143.**

       SO ORDERED.

DATED:    New York, New York
              September 30, 2025

                                                                    JENNIFER E. WILLIS
                                                                    United States Magistrate Judge